

**STATE OF NEBRASKA**
**Office of the Attorney General**
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
(402) 471-2682
TDD (402) 471-2682
FAX (402) 471-3297 or (402) 471-4725

**MIKE HILGERS**
ATTORNEY GENERAL

**ERIC J. HAMILTON**
**DEPUTY SOLICITOR GENERAL**

February 13, 2023

**Via CM-ECF**

Ms. Molly C. Dwyer
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

Re: *Idaho et al. v. Walsh et al.*, No. 23-15179

Dear Ms. Dwyer:

    I write to request the reordering of plaintiffs-appellants to identify the State of Nebraska as the lead plaintiff-appellant in the above-captioned case. The State of Arizona served as lead plaintiff in the district court and has decided not to pursue an appeal in this Court. In its place, the State of Nebraska will serve as the lead plaintiff-appellant. All plaintiffs-appellants consent to this request.

    Sincerely,

    /s/ Eric J. Hamilton

    Eric J. Hamilton
    Deputy Solicitor General

    Counsel for the State of Nebraska