UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF NEBRASKA; et al., | No. 23-15179 |
| Plaintiffs-Appellants, | D.C. No. 2:22-cv-00213-JJT |
| and | District of Arizona, Phoenix |
| STATE OF ARIZONA; MARK BRNOVICH, Attorney General, in his official capacity as Attorney General of Arizona, | ORDER |
| Plaintiffs, | |
| v. | |
| MARTIN J. WALSH, in his official capacity as U.S. Secretary of Labor; et al., | |
| Defendants-Appellees. | |

The request (included in Docket Entry No. 6) to amend the caption is

granted. The Clerk will amend the docket to reflect that the State of Nebraska is

the lead appellant.

The existing briefing schedule remains in effect.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo