

**STATE OF NEBRASKA**
**Office of the Attorney General**

2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
(402) 471-2682
TDD (402) 471-2682
FAX (402) 471-3297 or (402) 471-4725

**MIKE HILGERS**
ATTORNEY GENERAL

May 8, 2024

**Via Electronic Filing**

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    **Re:**    *Nebraska v. Su*, No. 23-15179
            Argued: February 6, 2024

Dear Ms. Dwyer:

    I write in response to Defendants' letter concerning *Bradford v. U.S. Department of Labor*, No. 22-1023 (10th Cir. April 30, 2024). While the *Bradford* majority disagreed with some of Plaintiffs' arguments, it did not address other arguments that Plaintiffs have made in this Court. Significantly, *Bradford* does not confront Plaintiffs' threshold argument that the President cannot "carry out" the Procurement Act's purpose statute. *See* 40 U.S.C. §§ 101, 121; Plaintiffs' Opening Br. 28–29, Reply Br. 15–16, Plaintiffs' Supp. Br. 2–15.

    Further, as Defendants' letter explains, Judge Eid dissented from the *Bradford* majority. She concluded that the Procurement Act violated the non-delegation doctrine. Her reasoning is consistent with Plaintiffs' argument in this Court that the district court erred by failing to construe the Procurement Act narrowly to avoid non-delegation problems. *See* Plaintiffs' Opening Br. 31–32.

                                      Respectfully submitted,

                                      /s/ Eric Hamilton

                                      Eric J. Hamilton
                                      Solicitor General

cc: All counsel of record (via Electronic Filing)