UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF NEBRASKA; et al., | No. 23-15179 |
| Plaintiffs-Appellants, | D.C. No. 2:22-cv-00213-JJT<br>District of Arizona,<br>Phoenix |
| and | |
| STATE OF ARIZONA; MARK BRNOVICH, Attorney General, in his official capacity as Attorney General of Arizona, | ORDER |
| Plaintiffs, | |
| v. | |
| JULIE A. SU, in her official capacity as U.S. Secretary of Labor; et al., | |
| Defendants-Appellees. | |

Before: R. NELSON, FORREST, and SANCHEZ, Circuit Judges.

Appellants are directed to file a response to the petition for rehearing en banc filed on December 20, 2024. *See* Dkt. 78. The response shall not exceed 15 pages or 4,200 words, and shall be filed within 21 days of the date of this order.