| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | APR 1 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF NEBRASKA; et al.,

        Plaintiffs-Appellants,

 and

STATE OF ARIZONA; MARK BRNOVICH, Attorney General, in his official capacity as Attorney General of Arizona,

        Plaintiffs,

 v.

LORI CHAVEZ-DEREMER, in her official capacity as U.S. Secretary of Labor; et al.,

        Defendants-Appellees.

No. 23-15179

D.C. No. 2:22-cv-00213-JJT
District of Arizona,
Phoenix

ORDER

Before: R. NELSON, FORREST, and SANCHEZ, Circuit Judges.

The motion for supplemental briefing on the petition for rehearing en banc (Dkt. 90) is **GRANTED**. The parties are directed to inform the court once the Department of Labor's implementing rule has been formally rescinded, at which point the court will set a briefing schedule.