UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF NEBRASKA; et al., | No. 23-15179 |
| Plaintiffs-Appellants, | D.C. No. 2:22-cv-00213-JJT<br>District of Arizona,<br>Phoenix |
| and | |
| STATE OF ARIZONA; MARK BRNOVICH, Attorney General, in his official capacity as Attorney General of Arizona, | ORDER |
| Plaintiffs, | |
| v. | |
| LORI CHAVEZ-DEREMER, in her official capacity as U.S. Secretary of Labor; et al., | |
| Defendants-Appellees. | |

Before: R. NELSON, FORREST, and SANCHEZ, Circuit Judges.

On April 1, 2025, the court directed the parties "to inform the court once the Department of Labor's implementing rule has been formally rescinded," after which the court would set a briefing schedule for supplemental briefing on the petition for rehearing en banc. Dkt. 92. The parties shall file a report regarding the status of the implementing rule no later than October 15, 2025.