IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF NEBRASKA, et al.,

    Plaintiffs-Appellants, and

STATE OF ARIZONA, et al.,

    Plaintiffs,

v.

LORI CHAVEZ-DEREMER, in her official capacity as U.S. Secretary of Labor, et al.,

    Defendants-Appellees.

No. 23-15179

## STATUS REPORT

As the government previously notified the Court, following the revocation of the executive order challenged in this litigation, the Department of Labor is no longer enforcing that executive order or the implementing rule, 29 C.F.R. part 23, and is taking steps, including the rescission of the implementing rule, to implement and effectuate the revocation of the executive order. The rescission of the implementing rule is included in the Department's recently published regulatory agenda (https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=1235-AA49).

Respectfully submitted,

CHARLES W. SCARBOROUGH

*/s/ Daniel Winik*

DANIEL WINIK
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7245*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  (202) 305-8849