No. 23-15179

# In the United States Court of Appeals for the Ninth Circuit

STATE OF NEBRASKA, ET AL.,
*Plaintiffs-Appellants*,

*v.*

LORI CHAVEZ-DEREMER, in her official capacity as U.S. Secretary of Labor, et al.,
*Defendants-Appellees.*

## PLAINTIFF-APPELLANTS' STATUS REPORT

As reflected in previous representations to the Court, the Plaintiff States maintain that this case is not moot because the Department of Labor "has not yet formally rescinded the implementing rule." *See* Dkt. No. 90 at *3. So long as the rule continues to have force of law (whether or not it is being actively enforced), the States' position will remain unchanged.

The parties also previously represented to the Court that "it may be appropriate for them to file supplemental briefs addressing mootness and vacatur after the Department has rescinded the implementing rule." *Id*. This Court has indicated it intends to entertain briefing on those subjects once recission is complete. *See* Dkt. No. 92. The Plaintiff States continue to believe that, once a

repeal has been completed, *see* Dkt. No. 94, briefing on mootness and vacatur would be appropriate and beneficial to the Court.

    Respectfully Submitted,

    THE STATE OF NEBRASKA, ET AL.,

    /s/ Cody S. Barnett_____

    Cody S. Barnett
    Solicitor General of Nebraska
    1445 K Street, Room 2115
    Lincoln, Nebraska 68508
    (402) 471-2683